IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-41817 |
| | ) | Honorable Brian C. Walsh |
| **H&M II LLC** | ) | Chapter 11 Proceeding |
| | ) | |
| EIN – 99-3111449 | ) | |
| Debtor. | ) | |
| | ) | Spencer P. Desai, Esq. |
| | ) | The Desai Law Firm, LLC |
| | ) | 13321 North Outer Forty Road, Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |

## APPENDIX TO PETITION

COMES NOW Debtor, H&M II LLC, by and through the undersigned counsel, and files the Appendix to its Voluntary Petition as required by 11 U.S.C §§1116(1) and 1187(a).

1. H&M II LLC certifies, under penalty of perjury, that no balance sheet, statement of operations or cash-flow statement has been prepared or exists.

2. The Debtor has not never filed a federal or state tax return.

Under penalty of perjury, I declare that the contents of this Appendix are true and correct.

/s/ *Raymond McKee*
Raymond McKee

STATE OF MISSOURI      )
                       ) SS.
COUNTY OF ST. LOUIS    )

On this 20th day of May, 2024, before me, the undersigned, a Notary Public, in and for the County and State aforesaid, personally appeared Raymond McKee, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in St. Louis County, Missouri, the day and year last above written.

/s/ *Spencer P. Desai*
Notary Public in and for said County and State

My Commission Expires: January 19, 2026