| REAL ESTATE TRANSFERRED TO H&M II, LLC | | | | | | |
|---|---|---|---|---|---|---|
| Address & Type Of Property | Title Formerly In Name Of | | Active / Vacant | | Market Value | Mortage Holder | Mortage Balanc |
| 1721 Bacon | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 1817 Bacon | Hudson & McKee Real Estate | Building | Vacant | $ | 45,750 | N/A | $ - |
| 1920 Bacon | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 1923 Bacon | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 1924 Bacon | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 2539 Bacon | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 2709 Bacon | Hudson & McKee Real Estate | Building | Vacant | $ | 94,800 | N/A | $ - |
| 781 Bayard ave | Hudson & McKee Real Estate | Building | Vacant | $ | 78,000 | N/A | $ - |
| 2942 Cass | Hudson & McKee Real Estate | Building | Vacant | $ | 63,600 | N/A | $ - |
| 1829 Coleman | Hudson & McKee Real Estate | Building | Vacant | $ | 75,600 | N/A | $ - |
| 1900 Coleman | Hudson & McKee Real Estate | Building | Vacant | $ | 45,600 | N/A | $ - |
| 2521 Coleman | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 3508 Cozens | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 3732 Cozens | Hudson & McKee Real Estate | Building | Vacant | $ | 66,000 | N/A | $ - |
| 2702 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 184,800 | N/A | $ - |
| 2705 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 58,800 | N/A | $ - |
| 2709 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 69,600 | N/A | $ - |
| 2713 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 57,660 | N/A | $ - |
| 2801 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 71,700 | N/A | $ - |
| 2803 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 76,500 | N/A | $ - |
| 2804 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 75,300 | N/A | $ - |
| 2809 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 168,000 | N/A | $ - |
| 2819 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 73,500 | N/A | $ - |
| 2826 Dayton | Hudson & McKee Real Estate | Building | Vacant | $ | 105,300 | N/A | $ - |
| 2830 Dayton | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 1718 Elliot | Hudson & McKee Real Estate | Building | Vacant | $ | 117,600 | N/A | $ - |
| 1807 Elliot | Hudson & McKee Real Estate | Building | Vacant | $ | 78,000 | N/A | $ - |
| 1816 Elliot | Hudson & McKee Real Estate | Building | Vacant | $ | 66,000 | N/A | $ - |
| 3100 Evans | Hudson & McKee Real Estate | Building | Active | $ | 195,000 | N/A | $ - |
| 3110 Evans | Hudson & McKee Real Estate | Building | Vacant | $ | 51,600 | N/A | $ - |
| 2816 Gamble | Hudson & McKee Real Estate | Lot | Vacant | $ | 30,000 | N/A | $ - |
| 2818 Gamble | Hudson & McKee Real Estate | Building | Vacant | $ | 63,450 | N/A | $ - |

| Address | Owner | Type | Status | Value | | |
|---|---|---|---|---|---|---|
| 2820 Gamble | Hudson & McKee Real Estate | Building | Vacant | $ 58,500 | N/A | $ - |
| 2827 Gamble | Hudson & McKee Real Estate | Building | Vacant | $ 122,400 | N/A | $ - |
| 2831 Gamble | Hudson & McKee Real Estate | Building | Active | $ 378,000 | N/A | $ - |
| 2834 Gamble | Hudson & McKee Real Estate | Building | Active | $ 216,000 | N/A | $ - |
| 1344 Garrison | Hudson & McKee Real Estate | Building | Vacant | $ 108,800 | N/A | $ - |
| 1348 Garrison | Hudson & McKee Real Estate | Building | Vacant | $ 108,800 | N/A | $ - |
| 1350 Glasgow | Hudson & McKee Real Estate | Building | Active | $ 198,000 | N/A | $ - |
| 1622 Glasgow | Hudson & McKee Real Estate | Building | Vacant | $ 180,000 | N/A | $ - |
| 2810 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 60,960 | N/A | $ - |
| 2816 JCPB | Hudson & McKee Real Estate | Building | Active | $ 108,000 | N/A | $ - |
| 2901 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2903 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 48,000 | N/A | $ - |
| 2905 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2916 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2918 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2920 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 198,000 | N/A | $ - |
| 2932 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2950 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 73,350 | N/A | $ - |
| 2952 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2954 JCPB | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 3025 JCPB | Hudson & McKee Real Estate | Building | Active | $ 238,800 | N/A | $ - |
| 3027 JCPB | Hudson & McKee Real Estate | Building | Active | $ 346,000 | N/A | $ - |
| 1024 Leffingwell | Hudson & McKee Real Estate | Building | Vacant | $ 351,000 | N/A | $ - |
| 1353l Leffingwell | Hudson & McKee Real Estate | Building | Vacant | $ 92,400 | N/A | $ - |
| 2835 Madison | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2728 Mills | Hudson & McKee Real Estate | Building | Vacant | $ 45,000 | N/A | $ - |
| 1721 N Leffingwell | Hudson & McKee Real Estate | Building | Vacant | $ 54,000 | N/A | $ - |
| 2803 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 54,300 | N/A | $ - |
| 2805 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 48,600 | N/A | $ - |
| 2811 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 73,800 | N/A | $ - |
| 2814 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 60,000 | N/A | $ - |
| 2815 Sheridan | Hudson & McKee Real Estate | Building | Vacant | $ 39,600 | N/A | $ - |
| 2822 Sheridan | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2908 Sheridan | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2908 Sheridan | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |

| Address | Owner | Type | Status | Value | | |
|---|---|---|---|---|---|---|
| 2910 Sheridan | Hudson & McKee Real Estate | Building | Active | $ 119,000 | N/A | $ - |
| 2709 Stoddard | Hudson & McKee Real Estate | Building | Vacant | $ 72,000 | N/A | $ - |
| 2801 Stoddard | Hudson & McKee Real Estate | Building | Vacant | $ 117,000 | N/A | $ - |
| 2829 Stoddard | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2831 Stoddard | Hudson & McKee Real Estate | Building | Vacant | $ 66,000 | N/A | $ - |
| 2610 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 78,000 | N/A | $ - |
| 2724 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 60,000 | N/A | $ - |
| 2800 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 106,800 | N/A | $ - |
| 2801 Thomas | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2823 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 78,000 | N/A | $ - |
| 2824 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 72,000 | N/A | $ - |
| 2826 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 58,500 | N/A | $ - |
| 2828 Thomas | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2913 Thomas | Hudson & McKee Real Estate | Lot | Vacant | $ 30,000 | N/A | $ - |
| 2937 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 72,000 | N/A | $ - |
| 3111 Thomas | Hudson & McKee Real Estate | Building | Vacant | $ 58,800 | N/A | $ - |
| | | | | $ 7,162,570 | | $ - |