IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-41817-357 |
| | ) | Honorable Brian C. Walsh |
| **H&M II LLC,** | ) | Chapter 11 Proceeding |
| | ) | |
| EIN – 99-3111449 | ) | |
| Debtor. | ) | Spencer P. Desai, Esq. |
| | ) | Desai Law Firm LLC |
| | ) | 13321 North Outer Forty Rd., Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |
| | ) | |

**SUMMARY OF ADDITIONAL CREDITOR ADDED
TO DEBTOR'S AMENDED 20 LARGEST UNSECURED CREDITORS**

COMES NOW Debtor H&M II ("Debtor"), by and through undersigned counsel, and files its Summary of Additional Creditor added to the 20 largest Unsecured Creditors, states to the Court as follows:

1.  The Debtor added McKee Investments LLC to the 20 Largest Unsecured Creditors.

2.  The Debtor added Metropolitan Sewer District to the 20 Largest Unsecured Creditors.

Dated:  June 7, 2024                    Respectfully submitted,

THE DESAI LAW FIRM, LLC

By:  */s/ Spencer P. Desai*
Spencer P. Desai, #39877
13321 North Outer Forty Road, Suite 300
St. Louis, MO 63017
Telephone: (314) 666-9781
Facsimile: (314) 448-4320
spd@desailawfirmllc.com

*PROPOSED COUNSEL FOR DEBTOR*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 7th day of June, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

| | |
|---|---|
| City of St. Louis Water Division<br>4600 McRee Ave<br>Saint Louis, MO 63110 | Seth Albin<br>903 S. Lindbergh Blvd.<br>Suite 200<br>St. Louis, MO 63131 |
| Carole Ryczek<br>Office of the United States Trustee<br>111South 10th Street, Room 6.353<br>St. Louis, MO 63102 | Metropolitan St. Louis Sewer District<br>PO Box 437<br>Saint Louis, MO 63166 |
| St. Louis City Collector of Revenue<br>1200 Market Street<br>Saint Louis, MO 63130 | McKee Investments<br>3155 Brantner Place<br>St. Louis, MO 63106 |
| | |

/s/ *Spencer P. Desai*

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **H&M II LLC**                                                                 Case No.
                          Debtor(s)                                  Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **1** page(s) and is true, correct and complete.

/s/ Raymond McKee
**Raymond McKee**/**Manager**
Signer/Title

Dated:  **June 7, 2024**

L.F. 2 - 2/2021

```
City of St. Louis Water Division
4600 McRee Ave
Saint Louis, MO 63110

McKee Investments
3155 Brantner Place
Saint Louis, MO 63106

Metropolitan St. Louis Sewer District
PO Box 437
Saint Louis, MO 63166

St. Louis City Collector of Revenue
1200 Market Street
Saint Louis, MO 63130
```