IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-41817-357 |
| | ) | Honorable Brian C. Walsh |
| H&M II LLC, | ) | Chapter 11 Proceeding |
| | ) | |
| EIN – 99-3111449 | ) | |
| Debtor. | ) | Spencer P. Desai, Esq. |
| | ) | Desai Law Firm LLC |
| | ) | 13321 North Outer Forty Rd., Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |
| | ) | |

**STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)**

COMES NOW Debtor H&M II LLC ("Debtor") by and through its undersigned counsel and for its Status Report pursuant to 11 U.S.C. §1188(c) and this Court's Order dated June 26, 2024 ("Status Report"), states as follows:

**A Brief Description of Debtor's Businesses and Operations, if any, and the Principal Assets and Liabilities of Each Estate.**

The Debtor is a wholly owned subsidiary of Hudson & McKee Real Estate, LLC which recently confirmed its Plan of Reorganization in case number 23-43539-357 pending before this Court. The Debtor owns 103 parcels of residential rental real estate in the City of St. Louis ("Real Estate"). The Real Estate is not currently generating any income but one unit is close to occupancy. The Debtor does not operate or manage the Real Estate, those functions are handled by McKee Investments LLC which is owned by the Debtor's principal, Raymond McKee.

Debtor's primary creditor is the City of St. Louis for past due real estate taxes which are secured by a lien on the Real Estate ("City"). The balance owed the City is approximately $200,000.00 for the years 2020 - 2023.

**Questions:**

***What precipitated the bankruptcy filing?***

The City scheduled a tax sale for many of the Debtor's properties on May 21, 2024. Debtor filed this proceeding as a direct result of the pending real estate sale.

The Debtor has a claim against the City for the unlawful teardown of 2937 Thomas. The Debtor was operating with the understanding that the City was holding any tax sales until the 2937 Thomas dispute was resolved.

***What does the Debtor hope to accomplish in this Chapter 11 case?***

The Debtor intends to finance or sell parcels to pay the real estate taxes. The Plan will provide for payment of the creditors in full upon sale/refinance.

***What are the principal disputes or problems likely to be encountered during the course of the Debtor's reorganization efforts?***

The Debtor's biggest obstacle has been confirming insurance. Beyond that issue, it is not anticipated that the Plan will be controversial.

***How does the Debtor recommend that these disputes be resolved and why?***

To the extent the Debtor has issues reaching a consensus it will engage the Subchapter V Trustee.

***Has the Debtor complied with all of its duties under FRBP Interim Rule 2015(b), Sections 521, 1184, and 1187 of the Code, and all applicable guidelines of the Office of the United States Trustee?***

The Debtor is in compliance with all obligations FRBP Interim Rule 2015(b), Sections 521, 1184, and 1187 of the Code.

2

***Do any parties claim an interest in cash collateral of the Debtor?***

Community Loan Servicing LLC claims a first lien in the Debtor's Real Estate but that lien does not encompass cash collateral.

***Is the Debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the Debtor obtain an order authorizing the use of such cash or the consent of such party?***

N/A

**Retained Professionals**

Desai Law Firm LLC – Bankruptcy Counsel to Debtor
Application to Authorize Employment Filed May 22, 2024
Hearing continued to July 10, 2024

**Projected Income and Expenses**

The Debtor's projected income and expenses for the first four months of the case are not expected to deviate from the schedules filed with the Cash Collateral Motion.

**Plan Deadline**

The current deadline for filing a plan of reorganization is August 19, 2024. The Debtor does not anticipated it will seek an extension of this deadline.

**Plan Negotiation Efforts**

The Debtor's discussions with the City have been preliminary but the Debtor does not anticipate any issues.

**Unexpired Leases & Executory Contracts**

The Debtor has no executory contracts.

Dated June 25, 2025                                    Respectfully submitted,

                                      THE DESAI LAW FIRM, LLC

                              By:   */s/ Spencer P. Desai*
                                   Spencer P. Desai, #39877
                                   13321 North Outer Forty Road, Suite 300
                                   St. Louis, MO 63017
                                   Telephone: (314) 666-9781
                                   Facsimile: (314) 448-4320
                                   spd@desailawfirmllc.com

                                     ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies on the 8th day of July, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

| | |
|---|---|
| City of St. Louis Water Division<br>4600 McRee Ave<br>Saint Louis, MO 63110 | Seth Albin<br>903 S. Lindbergh Blvd.<br>Suite 200<br>St. Louis, MO 63131 |
| Carole Ryczek<br>Office of the United States Trustee<br>111 South 10th Street, Room 6.353<br>St. Louis, MO 63102 | Metropolitan St. Louis Sewer District<br>PO Box 437<br>Saint Louis, MO 63166 |
| St. Louis City Collector of Revenue<br>1200 Market Street<br>Saint Louis, MO 63130 | |
| | |

                                        /s/ *Spencer P. Desai*