IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-41817-357 |
| | ) | Honorable Brian C. Walsh |
| **H&M II LLC** | ) | Chapter 11 Proceeding |
| | ) | |
| EIN – 99-3111449 | ) | Hearing Date: July 10, 2024 |
| Debtor. | ) | Hearing Time: 11:00 a.m. |
| | ) | Location: Courtroom 5 North |
| | ) | |
| | ) | |
| | ) | Spencer P. Desai, Esq. |
| | ) | The Desai Law Firm, LLC |
| | ) | 13321 North Outer Forty Road, Suite 300 |
| | ) | St. Louis, Missouri 63017 |
| | ) | (314) 666-9781 |
| | ) | spd@desailawfirmllc.com |

**AMENDED APPLICATION OF DEBTOR IN POSSESSION
FOR THE ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AUTHORIZING
THE EMPLOYMENT OF THE DESAI LAW FIRM, LLC AS COUNSEL**

COMES NOW H&M II LLC, and requests the Court, pursuant to 11 U.S.C. § 327(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, for the entry of an order authorizing the employment of The Desai Law Firm, LLC as counsel for the Debtor.  In support of this Amended Application, the Debtor respectfully represents as follows:

**INTRODUCTION**

1. On May 20, 2024 (the "Petition Date"), H&M II LLC ("Debtor") filed its voluntary petition under Chapter 11 of title 11 of the United States Code.  The Debtor continues to manage its property as a Debtor in Possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of this case and this Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

3.      By this Application, the Debtor seeks to retain The Desai Law Firm, LLC ("Firm") as its counsel in this Chapter 11 case and all related matters, effective as of the Petition Date. The Debtor respectfully requests an order pursuant to 11 U.S.C. § 327(a) and Rule 2014(a) of the Bankruptcy Rules authorizing the Debtor to employ the Firm as its attorney to perform the legal services that will be necessary during this Chapter 11 case, as well as to provide advice and counsel regarding such other matters as may be appropriate.

4.      The Debtor has selected said attorney as its restructuring counsel because they have considerable experience in bankruptcy matters and are well qualified to represent the Debtor in this proceeding. The Firm has experience and knowledge in Chapter 11 restructurings, as well as in bankruptcy litigation, corporate governance, financing transactions, and other complementary areas of law.

## SERVICES TO BE PROVIDED

5.      The professional services that the Firm is to render are:

   a.   Advising the Debtor with respect to its rights, power and duties in this Chapter 11 case;

   b.   Assisting and advising the Debtor in its consultations with the Subchapter V Trustee;

   c.   Assisting the Debtor in analyzing the claims of creditors and negotiating with such creditors;

   d.   Assisting the Debtor with investigation of the assets, liabilities and financial condition of the Debtor and reorganizing the Debtor's business in order to maximize the value of the Debtor's assets for the benefit of all creditors;

   e.   Advising the Debtor in connection with the sale of assets or business;

   f.   Assisting the Debtor in its analysis of and negotiation with any third-party concerning matters related to, among other things, the terms of a plan of reorganization;

  g.  Assisting and advising the Debtor with respect to any communications with the general creditor body regarding significant matters in this case;

  h.  Commencing and prosecuting necessary and appropriate actions and/or proceedings on behalf of the Debtor;

  i.  Reviewing, analyzing or preparing, on behalf of the Debtor, all necessary applications, motions, answers, orders, reports, schedules, pleadings and other documents;

  j.  Representing the Debtor at all hearings and other proceedings;

  k.  Conferring with other professional advisors retained by the Debtor in providing advice to the Debtor;

  l.  Performing all other necessary legal services in this case as may be requested by the Debtor in this Chapter 11 case; and

  m.  Assisting and advising the Debtor regarding pending litigation matters in which the Debtor may be involved, including continued prosecution or defense of actions and/or negotiations on the Debtor's behalf.

6.  The Debtor states that the employment of the Firm and said attorney would be in the best interest of the bankruptcy estate.

## **TERMS OF RETENTION**

7.  The Firm intends to apply for compensation for its services rendered in connection with this case subject to this Court's approval and in compliance with the United States Bankruptcy Code and the Local Rules of Bankruptcy Procedure of this Court ("Local Rules") on an hourly basis, plus the reimbursement of actual and necessary expenses that the Firm customarily bills to its clients.

8.  The hourly billing rates of the Firm's partners for this matter will be $385.00 per hour, associates $250.00 per hour, and paralegals/law clerks $125.00 per hour. The Firm's hourly billing rates are subject to periodic adjustments to reflect annual increases and economic and other conditions. Prior to any increases in the rates set forth herein, the Firm will give ten business days

3

notice to the Debtor, the U.S. Trustee, any committee appointed in this Chapter 11 case, and as otherwise ordered by the Court, which adjustments will be filed with the Court.

9. The Firm will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any additional procedures established by this Court for this Chapter 11 case. The Firm will use billing categories that substantially conform to the categories set forth in the United States Trustee Guidelines and will make all other reasonable efforts to comply with the USTP Guidelines when applying to the Court for payment of compensation and reimbursement of expenses.

10. The Firm's hourly fees are comparable to, or less than, those charged by attorneys of similar experience and expertise for engagements of similar scope and complexity to this Chapter 11 case. The Debtor has agreed to compensate the Firm for professional services at its normal and customary hourly rates for bankruptcy matters.

11. As of the Petition Date, the Firm has been paid the sum of $1,738.00 for the filing fee. The fee was paid by McKee Investments LLC. It is anticipated that McKee Investments LLC will pay the legal fees of the Debtor throughout the case by a loan to the Debtor.

## THE FIRM IS DISINTERESTED

12. To the best of the Debtor's knowledge, based on the accompanying Declaration of Spencer P. Desai in Support of the Debtor's Application of Debtor in Possession for the Entry of an Order Pursuant to 11 U.S.C. Section 327(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Employment of The Desai Law Firm, LLC ("Declaration"), which is attached hereto as Exhibit A, the Firm does not hold or represent any interest adverse to

4

the Debtor's estate, and the Firm is a "disinterested person" as that phrase is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

13. To the best of the Debtor's knowledge, except as noted below, the Firm does not have any connection with the Debtor, its creditors, other parties in interest, its respective attorneys and accountants, the United States Trustee, the Subchapter V Trustee or any person employed in the office of the United States Trustee.

14. The Firm currently serves as counsel to the Debtor's parent corporation, Hudson & McKee, LLC ("Hudson"). Hudson is the 100% owner of the Debtor and is currently the Debtor in a confirmed chapter 11 case pending before this Court, case number 23-43539-357. Hudson is not a creditor of the Debtor. The only insider that is a creditor of the Debtor and Hudson is McKee Investments LLC and the Firm does not, and has not, represented McKee Investments LLC.

15. The Firm does not and will not represent in this Chapter 11 case any other entity that has an interest adverse to the Debtor's estate.

WHEREFORE, the Debtor prays that it be authorized to employ The Desai Law Firm, LLC to represent it in this Chapter 11 case, effective as of the Petition Date, together with such other and further relief as this Court deems just and proper.

/s/ Raymond McKee
Raymond McKee

Dated: July 2, 2024                                Respectfully submitted,

                                                   THE DESAI LAW FIRM, LLC

                                                   By:  */s/ Spencer P. Desai*
                                                        Spencer P. Desai, #39877
                                                        13321 North Outer Forty Road, Suite 300
                                                        St. Louis, MO 63017
                                                        Telephone: (314) 666-9781
                                                        Facsimile: (314) 448-4320
                                                        spd@desailawfirmllc.com

                                                   *PROPOSED COUNSEL FOR DEBTOR*


### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 2nd day of July, 2024, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the registered parties in interest and by first class mail, postage pre-paid, to the following:

| | |
|---|---|
| City of St. Louis Water Division<br>4600 McRee Ave<br>Saint Louis, MO 63110 | Seth Albin<br>903 S. Lindbergh Blvd.<br>Suite 200<br>St. Louis, MO 63131 |
| Carole Ryczek<br>Office of the United States Trustee<br>111 South 10th Street, Room 6.353<br>St. Louis, MO 63102 | Metropolitan St. Louis Sewer District<br>PO Box 437<br>Saint Louis, MO 63166 |
| St. Louis City Collector of Revenue<br>1200 Market Street<br>Saint Louis, MO 63130 | |
| | |

                                                   */s/ Spencer P. Desai*

6