**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 24-41817-357 |
| H & M II, LLC, | ) | |
| Debtor. | ) | Judge Brian C. Walsh |
| | ) | |
| | ) | Hearing Location: |
| | ) | United States Bankruptcy Court |
| JERRY L. JENSEN, | ) | Thomas F. Eagleton Courthouse |
| Acting United States Trustee, | ) | 111 South10th Street |
| Movant, | ) | Courtroom 5 North |
| | ) | St. Louis, Missouri 63102 |
| v. | ) | |
| | ) | Hearing Date:   March 5, 2025 |
| H & M II, LLC, | ) | Hearing Time:   11:00 a.m. |
| Respondent. | ) | |
| | ) | Objections Due: February 26, 2025 |
| | ) | |

**NOTICE OF HEARING**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE BY FEBRUARY 26, 2025. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  THE DATE IS SET OUT ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

　　　　**PLEASE TAKE NOTICE** that the United States Trustee has filed a Motion to Dismiss or to Convert the Case to a Case under Chapter 7 ("Motion").  A copy of the Motion is attached. The Motion also may be obtained from the undersigned at the address below or from the Clerk of the United States Bankruptcy Court, 111 South 10th Street, 4th Floor, St. Louis, Missouri 63102.

　　　　**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held before the Honorable Brian C. Walsh, United States Bankruptcy Judge for the Eastern District of

Missouri, on **March 5, 2025, at 11:00 a.m.,** or as soon thereafter as the matter may be heard, in Courtroom 5 North of the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.  Only parties opposing the Motion are required to appear.  Any **response or objection** to the Motion must be copied to the United States Trustee attorney identified below and filed with the United States Bankruptcy Court at the address listed above and in accordance with its procedures no later than **February 26, 2025, seven (7) days** prior to the hearing.  The failure to timely file an objection or response in opposition could result in the granting of the relief requested in the Motion.  Please read the language set forth above in **BOLD** type.

Respectfully submitted,

JERRY L. JENSEN
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

By:     */s/ Carole J. Ryczek*_____
CAROLE J. RYCZEK
E.D. Missouri Bar #6195873IL
Trial Attorney
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
PH: (314) 539-2982
FAX: (314) 539-2990
carole.ryczek@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Hearing was filed electronically on February 10, 2025, with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri, and has been served upon the parties in interest via email by the Court's CM/ECF System as listed below:

Spencer P. Desai, attorney for the debtor: spd@desailawfirmllc.com

Seth A. Albin, Subchapter V trustee: albintrustee@summerscomptonwells.com

I further certify that a true and correct copy of the foregoing Notice of Hearing was filed electronically on February 10, 2025, with the United States Bankruptcy Court for the Eastern District of Missouri and that, in addition to the parties served with the Notice of Hearing by the Court's CM/ECF System, the undersigned served a true and complete copy of the Notice by First-Class United States mail, postage prepaid, upon the debtor, H & M II, LLC at the address listed below:

H & M II, LLC
3155 Brantner Place
St. Louis, MO 63106

/s/Carole J. Ryczek
Carole J. Ryczek
Trial Attorney
Office of the United States Trustee

United States Bankruptcy Court

Eastern District of Missouri

In re:                                                              Case No. 24-41817-bcw

H&M II LLC                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4                     User: admin                          Page 1 of 2

Date Rcvd: Feb 10, 2025                  Form ID: pdfo3                        Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + H&M II LLC, 3155 Brantner Place, Saint Louis, MO 63106-1311 |
| 25544024 | + City of St. Louis Water Division, 4600 McRee Ave., St. Louis, MO 63110-2240 |
| 25544022 | + McKee Investments LLC, 3155 Brantner Place, Saint Louis, MO 63106-1311 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 25674254 | + Email/Text: KRATKYN@STLOUIS-MO.GOV | Feb 10 2025 22:43:00 | GREGORY F.X. DALY, COLLECTOR OF REVENUE, 1200 MARKET ST., ROOM 410, ST. LOUIS, MO 63103-2841 |
| 25544025 | Email/Text: KRATKYN@STLOUIS-MO.GOV | Feb 10 2025 22:43:00 | St. Louis City Collector of Revenue, 1200 Market Street, St. Louis, MO 63130 |
| 25544133 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2025 22:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 25544023 | Email/Text: bkresearch@stlmsd.com | Feb 10 2025 22:43:00 | Metropolitan St. Louis Sewer District, PO Box 437, Saint Louis, MO 63166 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25551222 | *P++ | METROPOLITAN ST LOUIS SEWER DISTRICT, 2350 MARKET STREET, ST LOUIS MO 63103-2555, address filed with court:, Metropolitan St. Louis Sewer District, PO Box 437, Saint Louis, MO 63166 |
| 25551221 | *+ | McKee Investments, 3155 Brantner Place, Saint Louis, MO 63106-1311 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0865-4                              User: admin                                         Page 2 of 2

Date Rcvd: Feb 10, 2025                           Form ID: pdfo3                                      Total Noticed: 7

Date: Feb 12, 2025                      Signature:        /s/Gustava Winters