UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-41817-357 |
| H & M II LLC, | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Hon. Brian C. Walsh |
| | ) | U.S. Bankruptcy Judge |
| Debtor, | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | Doc. 66 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| H & M II LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OF WITHDRAWAL OF THE UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE
<u>OR, IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7</u>**

Jerry Jensen, Acting United States Trustee for the Eastern District of Missouri ("the U.S. Trustee"), by the undersigned, respectfully withdraws the U.S. Trustee's pending Motion to dismiss or convert this case (Doc. 66), without prejudice, due to the filing of monthly operating reports through June 2025, and to the confirmation of the debtor's Amended Plan on August 5, 2025.

////

        Respectfully submitted,

        JERRY L. JENSEN
        Acting United States Trustee

        PAUL A. RANDOLPH
        Assistant United States Trustee

        /s/Paul A. Randolph
        E. D. MO #506384/Arizona Bar #AZ-011952
        Office of United States Trustee
        Thomas F. Eagleton Courthouse
        111 S. 10th Street, Suite 6.353
        St. Louis, MO 63102
        (314) 539-2984 Phone / (314) 539-2990 Fax
        Paul.A.Randolph@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on August 7, 2025, with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed below on Augst 7, 2025:

**H & M LLC**
3155 Brantner Place
St. Louis, MO 63106

**Spencer P. Desai**
13321 North Outer Forty Rd.
Suite 308
St. Louis, MO 63017

**Seth A. Albin**
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131

        By: Paul A. Randolph